

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00294-CV

**EX PARTE** Wendy **FISK**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  May 22, 2013

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED FOR LACK OF JURISDICTION

On May 3, 2013, Relator filed a petition for writ of habeas corpus. This court has determined that we do not have jurisdiction over this petition. The petition is **DISMISSED FOR LACK OF JURISDICTION.**

PER CURIAM

---

[1] This proceeding arises out of Cause No. 11980, styled *In the Interest of S.P.E., a Child*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable N. Keith Williams presiding.